

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00205-CV

| | | |
|---|---|---|
| Arthur Delgado, Jr. | § | From the 236th District Court |
| v. | § | of Tarrant County (236-277180-15) |
| | § | November 23, 2016 |
| River Oaks Police Department and City of River Oaks | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders sustaining the River Oaks Police Department's and the City of River Oaks's pleas to the jurisdiction. It is ordered that these orders are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
    Justice Anne Gardner